Opinion by Rao, C.J. In accordance with stipulation of counsel that the merchandise consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiffs was sustained.

OCTOBER 4, 1965

**No. 69583.**—APPEAL 5167.—Hoyt, Shepston & Sciaroni and S. Blondheim & Co. v. United States.—C.D. 2426 affirmed June 24, 1965. C.A.D. 865.

**No. 69584.**—APPEAL 5207.—A. Zerkowitz & Co., Inc. v. United States.——C.D. 2525. Appeal dismissed August 4, 1965.

OCTOBER 7, 1965

**No. 69585.**—APPEAL 5157.—United States v. Fred Frankel & Sons.——Abstract 67981 reversed May 6, 1965. C.A.D. 862.

BEFORE THE SECOND DIVISION, OCTOBER 11, 1965

**No. 69586.**—Arthur J. Fritz & Co. and Sinclair Paint Co. of L.A. et al. v. United States, protests 63/11108, etc. (Los Angeles).

Opinion by Rao, C.J. In accordance with stipulation of counsel that the merchandise consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiffs was sustained.

**No. 69587.**—Victor England Ag., Inc., et al. v. United States, protests 64/19204, etc. (Los Angeles).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 14, 1965

**No. 69588.**—New York Merchandise Co., Inc. *v.* United States, protest 62/3965 (Portland, Oreg.).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of battery-operated mixers similar in all material respects to those the subject of Abstract 68674, the claim of the plaintiff was sustained.

**No. 69589.**—Air-Sea-Forwarders and Wholesale Business Machines et al. *v.* United States, protests 61/13437, etc. (Los Angeles).

FORD, Judge: The cases listed in schedule "A," annexed hereto and made a part hereof, constitute a retrial of the case of *Clary Corp. et al.* v. *United States*, 48 Cust. Ct. 416, Abstract 66690, wherein certain machines identified by the number 2361, were held to be properly subject to classification as calculating machines specially constructed for multiplying and dividing under the provisions of paragraph 353 of the Tariff Act of 1930, as modified by the Sixth Portocol of Supplementary Concessions to the General Agreement on Tariffs and Trade, 91 Treas. Dec. 150, T.D. 54108.

The present cases involve these identical machines, number 2361, and an additional machine identified as number 8561. These machines were classified as adding machines under the provisions of paragraph 353 and, in some instances, under the same provisions of paragraph 372 of the Tariff Act of 1930, both paragraphs as modified by said sixth protocol, *supra*, and duty was assessed thereon at the rate of 12½ per centum ad valorem. The contention of plaintiffs herein is the same as that in the *Clary* case, *supra*, namely, that said machines are calculating machines specially constructed for multiplying and dividing and, as such, dutiable at the rate of 10½ per centum ad valorem under the provisions of paragraph 353 or paragraph 372, either paragraph, as modified, *supra*.

The pertinent portions of the statutes involved herein provide as follows:

Paragraph 353 of the Tariff Act of 1930, as modified by T.D. 54108, *supra*:

Articles having as an essential feature an electrical element or device, such as * * *, finished or unfinished, wholly or in chief value of metal, and not specally provided for:

Adding machines having an electric motor as an essential feature _____ 12½% ad val.